# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>(6) Jean Loic Ouedraogo,<br><br>    Defendant. | Crim. No. 23-257 (JWB/ECW)<br><br>**ORDER ACCEPTING<br>REPORT AND RECOMMENDATION<br>OF MAGISTRATE JUDGE** |

United States Magistrate Judge Elizabeth Cowan Wright issued a Report and Recommendation ("R&R") on November 10, 2025. (Doc. No. 349.) No objections to that R&R have been filed in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* 28 U.S.C. § 636(b); Fed. R. Crim. P. 59(b); D. Minn. LR 72.2; *United States v. Newton*, 259 F.3d 964, 966 (8th Cir. 2001) (failing to file objections waives the right to de novo review of any portion of an R&R). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1.    The November 10, 2025 R&R (Doc. No. 349) is **ACCEPTED**; and

2.    Defendant Jean Loic Ouedraogo's Motion to Dismiss (Doc. No. 331) is **DENIED**.

Date: December 3, 2025         *s/ Jerry W. Blackwell*
                               JERRY W. BLACKWELL
                               United States District Judge